JAMES TEN EYCK et al., Appellants, *v.* THE RECTOR AND
    INHABITANTS OF THE CITY OF ALBANY IN COMMUNION WITH
    THE PROTESTANT EPISCOPAL CHURCH, etc., in the State of
    New York, Respondent.

(Argued January 31, 1894; decided February 27, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made the second Tuesday of May, 1892, which directed judgment in favor of defendant upon a case submitted under the Code of Civil Procedure (§ 1279).

*Arthur L. Andrews* for appellants.

*Abraham Lansing* for respondent.

Agree to affirm on prevailing opinions below.*
All concur.
Judgment affirmed.